IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:
LUTHER & CHARNETTE DUNLAP,

No.: 07-19434
JUDGE WEDOFF
Chapter 13

Debtor(s).

## STATEMENT OF OUTSTANDING OBLIGATIONS

NOW COMES BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ SERVICING AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST ("Movant"), by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its STATEMENT OF OUTSTANDING OBLIGATIONS, states as follows:

1. On 10/19/2007, the above captioned Chapter 13 bankruptcy was filed.
2. MOVANT is a creditor of the Debtor with respect to a mortgage secured by a lien upon the property commonly known as 6836 S. CRANDON AVENUE, #3, CHICAGO, IL 60649.
3. At the time of the Notice of Payment of Final Mortgage Cure Amount dated 06/23/09, Debtor was due for the 05/01/09 contractual payment.
4. Debtor's loan has therefore not been reinstated.

RESPECTFULLY SUBMITTED:

BARCLAYS CAPITAL REAL
ESTATE INC. DBA HOMEQ SERVICING
AS SERVICER FOR DEUTSCHE BANK
NATIONAL TRUST,

/s/  Barbara J. Dutton

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL  60423
815-806-8200